W. H. Dyer, Administrator of Estate of Volney Ellsworth Love, Deceased, Appellant, v. Martin Dooley, et al., Appellees.

Gen. No. 9,542.

opinion filed August 8, 1940. Eben B. Gower, for appellant; W. H. Dyer, *pro se*. No appearance for appellees. Opinion by JUSTICE HUFFMAN. "Not to be published in full."